AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Hogan, Thomas F | 2. Court or Organization  U.S. District Court for D.C. | 3. Date of Report  05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  4114 U.S. Courthouse 333 Constitution Ave., N.W. Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 15 P 4:00 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | Principal - Medical Practice |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The New York Intellectual Property Law Association | Annual Bar Dinner March 24, 2006, New York City, NY, transportation, lodging and meals |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NationsBank | lst Trust - Prof. Office Bldg. | L |
| 2. | EverHome Mortgage (formerly known as Alliance Mortgage) | Mortgage on country property | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. Citibank Deposit Program | | | | | | | | | |
| 3. Cisco Systems | B | Dividend | K | T | | | | | |
| 4. Allied Capital Corp. | B | Dividend | K | T | Partial Sell | 03/10 | J | A | |
| 5. | | | | | Partial Sell | 12/11 | J | A | |
| 6. AT&T | A | Dividend | J | T | | | | | |
| 7. Capital World Growth | | None | K | T | Buy | 05/18 | K | | |
| 8. Cigna | A | Dividend | K | T | | | | | |
| 9. Choice Hotels | | None | | | Sell | 05/18 | K | E | |
| 10. Comcast Corp Class A | | None | | | Sell | 12/06 | J | A | |
| 11. Lucent | | None | J | T | | | | | |
| 12. Manor Care | A | Dividend | J | T | Parital Sell | 10/30 | J | A | |
| 13. Tyco Int'l | A | Dividend | J | T | | | | | |
| 14. Mayor & City Council Balt. | A | Interest | K | T | | | | | |
| 15. | | | | | | | | | |
| 16. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 17. Citibank Deposit Program | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Anhauser-Busch | A | Dividend | K | T | | | | | |
| 19. Bank of America | A | Dividend | K | T | | | | | |
| 20. Choice Hotels | A | Dividend | J | T | Sell | 05/17 | K | E | |
| 21. Capital World Growth | A | Dividend | J | T | Buy | 05/17 | K | | |
| 22. Sangamon, 10/01/2010 | | None | K | T | | | | | |
| 23. Chicago coupon, 12/01/2011 | | None | K | T | | | | | |
| 24. PG Co. Bond REDG Lt. Cons. due 07/01/08 | | None | J | T | | | | | |
| 25. Balt Co Cons Pub IMP due 08/01/17 | A | Interest | J | T | | | | | |
| 26. Riggs Nat. Bk. Ch. Accts. | A | Interest | J | T | | | | | |
| 27. Sovereign Bancorp | A | Dividend | J | T | | | | | |
| 28. OBA escrow | A | Interest | J | T | | | | | |
| 29. Gas Tank Jt. Ven. | B | Distribution | K | W | | | | | |
| 30. Atlas Gas Well | A | Royalty | J | W | | | | | |
| 31. Sussex Co., DE 1/2 int. | D | Rent | M | W | | | | | |
| 32. Adams Co., PA - country property | | None | M | W | | | | | |
| 33. Country Prop. 1/3 sh. Adams Co., PA | | None | K | W | | | | | |
| 34. Traford Lane Ptnrship. Fairfax Co., VA. | D | Rent | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ga. hsg. ptnrsh., c/o Winthrop Boston | A | Distribution | J | W | | | | | |
| 36. Ch. Ch. S&L | A | Interest | J | T | | | | | |
| 37. Ch. Ch. S&L | A | Interest | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. IRA #1 | | | | | | | | | |
| 40. Capital World Growth | | None | J | T | Buy | 05/18 | J | | |
| 41. Glenborough Rlty Tr. | A | Dividend | J | T | Merger | 11/30 | J | A | |
| 42. GMAC (CD), 06/27/08 | A | Interest | J | T | Buy | 06/19 | J | | |
| 43. Kinder Morgan, Inc. | A | Dividend | J | T | | | | | |
| 44. FICO Strip C due 5/30/06 | | None | J | T | Redeem | 05/30 | J | | |
| 45. FICO Strips due 05/30/07 | | None | K | T | | | | | |
| 46. FICO Strips due 08/08/08 | | None | K | T | | | | | |
| 47. FNMA Cpn. due 09/25/20 | | None | J | T | | | | | |
| 48. Cisco | | None | J | T | | | | | |
| 49. CATS SR S, 02/15/09 | | None | J | T | | | | | |
| 50. CATS SR Q, 05/15/09 | | None | J | T | | | | | |
| 51. Govt Trust Cpn, 11/15/10 | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  FHLN MTG, 07/15/10 | | None | J | T | | | | | |
| 53.  Resolution FDG, 04/15/09 | | None | J | T | | | | | |
| 54.  TVA CPN, 04/15/10 | | None | J | T | | | | | |
| 55.  TVA CPN, 10/15/10 | | None | J | T | | | | | |
| 56.  TVA CPN, 11/01/11 | | None | J | T | | | | | |
| 57.  TVA FED BK, 11/01/12 | | None | J | T | | | | | |
| 58.  FHLN Mtg. Corp., 07/15/11 | | None | J | T | | | | | |
| 59.  Comcast Class A | | None | K | T | | | | | |
| 60.  Scotts Co | A | Dividend | J | T | | | | | |
| 61.  Comcast Cl. A SPL | | None | K | T | | | | | |
| 62.  E-Funds 01/03/01, spin off from Deluxe Corp. | | None | J | T | | | | | |
| 63.  Johnson & Johnson | A | Dividend | K | T | | | | | |
| 64.  Kinder Morgan Energy | A | Dividend | J | T | | | | | |
| 65.  Lehman Bros. CD | A | Interest | K | T | | | | | |
| 66.  Pepsico | A | Dividend | K | T | | | | | |
| 67.  Soverign Banking | A | Dividend | K | T | | | | | |
| 68.  Yum Brands | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wal-Mart | A | Dividend | K | T | | | | | |
| 70. AIM Income Fund | A | Dividend | J | T | | | | | |
| 71. Mort. Sec. Tr. CMO Ser 15 Int. | B | Dividend | J | T | | | | | |
| 72. Mutual Funds: | | | | | | | | | |
| 73. Europacific Growth | A | Dividend | K | T | | | | | |
| 74. Ivy Global | | None | J | T | | | | | |
| 75. Templeton Emer. MKTS | B | Dividend | K | T | | | | | |
| 76. | | | | | | | | | |
| 77. IRA #2 | A | Interest | | | | | | | |
| 78. Glenborough Realty Corp. | A | Dividend | J | T | Merger | 11/29 | J | B | |
| 79. Banco Popular N.Am. (CD) | A | Interest | J | T | Buy | 05/17 | J | | |
| 80. Carramerica Realty Corp. | A | Dividend | J | T | Sell | 03/01 | J | B | |
| 81. EuroPacific Growth | | None | J | T | Buy | 03/29 | J | | |
| 82. U.S. Treas. strips due 5/15/06 | | None | J | T | Redeem | 05/16 | J | | |
| 83. Capital One Bank CD | A | Interest | J | T | | | | | |
| 84. (SmithBarney)CitiBank dep.program | A | Interest | K | T | | | | | |
| 85. Ivy Global Mutual Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. FNMA Note, due 2/14/13 | | None | J | T | | | | | |
| 87. | | | | | | | | | |
| 88. 401K | | | | | | | | | |
| 89. Cert. Accru. Ser. E coupon due 5/15/06 | | None | | | Redeem | 05/15 | J | | |
| 90. Cert Accru Ser U, 8/15/10 | | None | J | T | | | | | |
| 91. Gvt. Tr. Ctfs, 11/15/08 | | None | J | T | | | | | |
| 92. Gvt. Tr. Ctfs, 11/15/2008 | | None | J | T | | | | | |
| 93. GNMA Pass Thru, cpn 7/15/05 | A | Interest | J | T | | | | | |
| 94. FICO strips SR 10 5/30/06 | | None | | | Redeem | 05/30 | J | | |
| 95. FICO strips SR 12, 6/6/06 | | None | | | Redeem | 06/06 | K | | |
| 96. FICO strips SR 8, 8/03/06 | | None | | | Redeem | 08/03 | K | | |
| 97. FICO Strips SR 6, 8/03/06 | | None | K | T | redeem | 08/03 | J | | |
| 98. FICO Strips, 10/06/07 | | None | K | T | | | | | |
| 99. FICO Strips, 11/02/07 | | None | J | T | | | | | |
| 100. FICO Strips SR19 due 6/06/08 | | None | J | T | | | | | |
| 101. TVA CPN, 10/15/2008 | | None | J | T | | | | | |
| 102. FICO Strips SR 11, 2/08/09 | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000. | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FICO Strips Ser E, 11/02/08 | | None | J | T | | | | | |
| 104. FICO Strips, SR 13, 12/27/09 | | None | J | T | | | | | |
| 105. FICO Strip SR 11, 2/08/11 | | None | J | T | | | | | |
| 106. FICO Strips SR 19, 12/06/12 | | None | J | T | | | | | |
| 107. FHLN Mtg., 1/15/10 | | None | J | T | | | | | |
| 108. FNMA Strips, 2/01/10 | | None | J | T | | | | | |
| 109. FNG 92 59D seq. cpn. 10/25/22 | A | Interest | J | T | | | | | |
| 110. Maryland Balto. Medical Ctr due 070/1/25 | B | Interest | K | T | | | | | |
| 111. TVA Bonds, 12/15/09 | | None | J | T | | | | | |
| 112. TVA CPN, 10/15/11 | | None | K | T | | | | | |
| 113. TVA Bonds, 12/15/12 | | None | K | T | | | | | |
| 114. Eurobank, 06/08/2010 | | None | K | T | | | | | |
| 115. Capital One Bank, 10/26/2010 | A | Interest | K | T | | | | | |
| 116. Wells Fargo | A | Dividend | K | T | | | | | |
| 117. Banco Popular N.Am. (CD), 05/27/08 | A | Interest | J | T | Buy | 05/17 | J | | |
| 118. Banco Popular N.Am. (CD),09/08/08 | | None | L | T | Buy | 07/25 | L | | |
| 119. Bellsouth Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Capital World Growth | | None | J | T | Buy | 05/17 | J | | |
| 121. Centerpoint Props. | A | Dividend | K | T | Merger | 03/08 | K | E | |
| 122. Chevron Texaco | B | Dividend | K | T | | | | | |
| 123. Cisco Systems | | None | K | T | | | | | |
| 124. Costco | A | Dividend | K | T | | | | | |
| 125. Delhaize Computer Corp. | A | Dividend | J | T | | | | | |
| 126. Exelon | A | Dividend | K | T | | | | | |
| 127. Exxon | A | Dividend | K | T | | | | | |
| 128. Fannie Mae | A | Dividend | K | T | | | | | |
| 129. Fed. Realty Inv. Tr. | A | Dividend | K | T | | | | | |
| 130. GMAC (CD), 06/27/08 | A | Interest | K | T | Buy | 06/19 | K | | |
| 131. Eli Lilly & Co. | A | Dividend | K | T | | | | | |
| 132. Federal Express | A | Dividend | K | T | | | | | |
| 133. En Bridge Energy Partners GE | A | Dividend | J | T | | | | | |
| 134. Euro Pacific Growth | | None | K | T | Buy | 04/30 | K | | |
| 135. IBM | A | Dividend | J | T | | | | | |
| 136. J.P. Morgan Chase | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Kinder Morgan Energy | B | Dividend | K | T | | | | | |
| 138. Medco | A | Dividend | J | T | | | | | |
| 139. Merck & Co. | A | Dividend | J | T | | | | | |
| 140. Microsoft | A | Dividend | K | T | | | | | |
| 141. Pfizer, Inc. | B | Dividend | K | T | | | | | |
| 142. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 143. Teppco Partners | B | Dividend | J | T | | | | | |
| 144. 3M | A | Dividend | J | T | | | | | |
| 145. Dreyfus Premier | | None | K | T | | | | | |
| 146. Smith Barney Conv., Class B | | None | K | T | | | | | |
| 147. VKAAC Equity Class A | | None | K | T | | | | | |
| 148. VKAAC Equity Class C | | None | K | T | | | | | |
| 149. Mutual Fund | | | | | | | | | |
| 150. Cook Co. HSD 205, 06/01/2013 | | None | J | T | Buy | 01/25 | J | | |
| 151. Louisiana 6% 5-1-04 Gen. Oblig. Book Entry | B | Interest | K | T | | | | | |
| 152. Midland TX 5.9% 3-1-2016 Ctf. of Oblig. Book Entry | | None | | | Called | 03/01 | J | | |
| 153. Western Oaks TX 6.5% 1-22-02 Mun. Utils. | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Dist. | | | | | | | | | |
| 154. HSBC (CD), 03/23/09 | | None | K | T | Buy | 03/14 | K | | |
| 155. Centennial MM Tr. Money Market | A | Interest | K | T | | | | | |
| 156. Euro Pacific Growth | | None | J | T | Buy | 03/29 | J | | |
| 157. | | | | | | | | | |
| 158. Mutual Fund | | | | | | | | | |
| 159. Franklin Tax Free Trust High Yield Taxfree Income Fnd. | B | Dividend | K | T | | | | | |
| 160. Oil & Gas well Shares: | | | | | | | | | |
| 161. Total Fina Elf. | B | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Irrevocable Trust -- based on a 1994 Ethics Committee opinion, assets held in irrevocable trust for which my ████ serves as sole trustee and over which I have no authority whatsoever, are not required to be listed. Transactions involving assets of the trust are managed by a brokerage firm; my ████ is consulted only for a "yes" or "no" regarding prospective purchases or sales.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa                                                           Date /5 May 2007

NOTE                                            S TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544